1 | Jason J. Kim (SBN 190246)
2 | scalequalaccess@yahoo.com
  | SO. CAL. EQUAL ACCESS GROUP
3 | 101 S. Western Ave., Second Floor
  | Los Angeles, CA 90004
4 | Telephone: (213) 252-8008
  | Facsimile: (213) 252-8009
5 |
6 | Attorneys for Plaintiff
  | Mister Bailey
7 |
8 | Walter Peña, State Bar No. 247469
  | walterp@bewleylaw.com
9 | Bewley, Lassleben & Miller, LLP
  | 13215 E. Penn Street, Suite 510
10| Whittier, CA  90602-1797
  | (562) 698-9771; (562) 309-8063 Fax
11|
  | Attorneys for Defendant
  | Yehia Saleh Omar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MISTER BAILEY,<br><br>              Plaintiff,<br>     v.<br><br>YEHIA SALEH OMAR; and DOES 1 to 10<br><br>              Defendants. | CASE NO.:  2:21-cv-01120-JAK-JEM<br><br>[Assigned to Hon. John A. Kronstadt]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:      Mar. 16, 2021<br>Current Response Date: Apr. 6, 2021<br>New Response Date:     May 6, 2021<br><br>Complaint Filed:       Feb. 8, 2021<br>Trial Date:            None Set. |

1
**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between plaintiff Mister Bailey ("Plaintiff"), and defendant Yehia Saleh Omar ("Defendant"), through their undersigned counsel, that Defendant may have a thirty (30) day extension of time, up to and including May 6, 2021, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action. No prior extension has been requested by Defendant.

DATED: March 31, 2020    SO. CAL. EQUAL ACCESS GROUP

By: /s/ Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff
Mister Bailey

DATED: March 31, 2021    BEWLEY, LASSLEBEN & MILLER, LLP

By: [signature]
Walter Peña
Attorneys for Defendant
Yehia Saleh Omar